# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:　THOMAS E. OLSON　　　　　　　　　　　　　　　　　　Case Number: 04-73306
14111 HANNA WAY
SOUTH BELOIT, IL  61080-2530　　SSN-xxx-xx-1444

Case filed on:　6/29/2004
Plan Confirmed on:　11/16/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,175.00　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | THOMAS E. OLSON | 0.00 | 0.00 | 31.32 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 31.32 | 0.00 |
| 001 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITICORP VENDER FIANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CONSECO FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 9,053.02 | 9,053.02 | 9,053.02 | 0.00 |
| 006 | MENARD'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SHERMAN ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,053.02 | 9,053.02 | 9,053.02 | 0.00 |
|  | Grand Total: | 10,417.02 | 10,417.02 | 10,448.34 | 0.00 |

Total Paid Claimant:　$10,448.34
Trustee Allowance:　$726.66
Percent Paid Unsecured:　100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008　　　　　By  /s/Heather M. Fagan